**LAURENCE P. POSNER, ESQ. (SBN 170536)**
**LAW OFFICES OF LAURENCE P. POSNER, APC**
388 East Valley Boulevard, Suite 205
Alhambra, CA  91801
Phone:  (626) 979-5651
Fax:      (626) 979-5660
Email address for service:  lpplaw@sbcglobal.net

Attorneys for Plaintiff
DONA MARIE CABRERA CRUZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONA MARIE CABRERA CRUZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES,<br><br>        Defendants. | Case No.: 2:24-cv-8990<br><br>**COMPLAINT FOR NEGLIGENCE (MOTOR VEHICLE)**<br><br>**[Brought under Federal Tort Claims Act, 28 U.S.C. §2671, et seq.]** |

Plaintiff alleges:

## I. Jurisdiction

1.      The above-entitled Court has jurisdiction pursuant to 28 U.S.C. section 1346(b)(1), in that this action against an agency of the United States seeks money damages for personal injury caused by the negligent or wrongful acts and/or omissions of employees of defendant UNITED STATES. In this case, an employee of the United States Marshals Service ("USMS.")

2.      This action is brought pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, et seq.).

/ / /

1

COMPLAINT

## II. Venue and Parties

3. The motor vehicle collision giving rise to this action occurred on October 25, 2022 at the intersection of Spring Street and Orange Avenue in the County of Los Angeles, State of California, within the jurisdiction of the of the United States District Court for the Central District of California, Southern Division.

4. Plaintiff is informed and believes and based thereon alleges that, at the time of the subject motor vehicle collision, Max Jeremy Sievers, was the driver of a vehicle owned by the USMS, and/or another agency of the UNITED STATES, was employed by the USMS, and was within the course and scope of his  employment with the USMS.

5. Plaintiff is informed and believes and based thereon alleges that, at all relevant times, the USMS is and was an agency of the UNITED STATES government.

6. Plaintiff DONA MARIE CABRERA CRUZ ("CRUZ") is a resident of Los Angeles County, State of California.

7. Plaintiff is informed and believes and based upon such information and belief alleges that each defendant was the agent, servant, representative, alter ego and/or employee of each other defendant and, as such, was acting within the course and scope of such agency, hiring, employment and/or common interest, with the permission, consent and/or ratification of each other defendant in committing the acts and omissions herein alleged.

## III. Administrative Claim

8. On or about June 1, 2023, plaintiff submitted an administrative claim utilizing United States Standard Form 95 to USMS, the Federal agency Max Jeremy Sievers was employed by, asserting the claim set forth in this Complaint. As of the date of filing the Complaint, USMS has not agreed to make any payment on the claim; nor has it denied the claim. Accordingly, plaintiff has complied with the procedural requirements for timely asserting a claim against an agency of the UNITED STATES.

///

///

///

COMPLAINT

## IV. The Vehicle

9.    At all relevant times, Max Jeremy Sievers was the driver of a Ford F150 pick-up truck. Plaintiff is informed and believes and based thereon alleges that, at all relevant times, Mr. Sievers was employed by the USMS, acting within the course and scope of his employment, and that the Ford F150 pick-up truck was owned by USMS and/or some other agency of the UNITED STATES.

## V. The Incident

10.    On October 25, 2022 at approximately 11:00 a.m., Max Jeremy Sievers was driving southbound on Orange Avenue approaching the intersection with Spring Street, when he failed to stop for a red traffic signal that was facing him.  As he proceeded into the intersection, the front of his vehicle collided with plaintiff's vehicle.

11.    In the moments leading up to and including the time of the collision, plaintiff was driving eastbound on Spring Street.  She entered the intersection with Orange Avenue while the traffic signal facing her was green.

12.    Plaintiff is informed and believes and based thereon alleges that, at such time and place, defendant UNITED STATES' employee Max Jeremy Sievers so negligently operated the pick up truck, including but not limited to driving inattentively, failing to stop at a red traffic signal before entering an intersection (violating California Vehicle Code § 21453(a)), and driving a vehicle at a speed that endangered the safety of persons – such as plaintiff - given the conditions (violating California Vehicle Code § 22350) all of which caused the pick up truck to crash and collide into plaintiff's vehicle, causing serious injuries to plaintiff which have required and continue to require medical treatment, and the damages alleged in this Complaint.

### FIRST CLAIM FOR RELIEF

**By Plaintiff DONA MARIE CABRERA CRUZ**

**Against Defendant UNITED STATES**

**For Negligence (Motor Vehicle)**

13.    Plaintiff incorporates by reference and repleads all allegations found in each paragraph set forth above, as though fully set forth in this paragraph.

14.     Plaintiff is informed and believes and based thereon alleges that defendants, and each of them, so negligently operated, drove, entrusted, managed, and/or maintained their vehicles so as to cause the pick up truck to crash and collide into plaintiff, causing injuries and damages to plaintiff as alleged in this Complaint.

15.     Plaintiff is informed and believes and based thereon alleges that the negligent acts and omissions of defendants alleged in this cause of action were a substantial factor in causing the Incident, and in causing harm to plaintiff and the damages alleged in this Complaint.

16.     As a direct and proximate result of the negligence of defendants, plaintiff has sustained and continues to sustain the following items of economic damage, in an amount that is yet to be ascertained: medical expenses, loss of earnings, and incidental expenses.

17.     As a direct and proximate result of the negligent acts and omissions of defendant, plaintiff has sustained and continues to sustain the following items of noneconomic damage, in an amount that is to be yet to be ascertained: pain, suffering, loss of enjoyment of life, loss of earning capacity, and other intangible losses.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

COMPLAINT

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as follows:

1.    For past and future medical expenses, in an amount that is yet to be ascertained;

2.    For past and future loss of earnings in an amount that is yet to be ascertained;

3.    For past and future incidental expenses, in an amount that is yet to be ascertained;

4.    For noneconomic damages including but not limited to pain, suffering, emotional distress, loss of enjoyment of life and other intangible losses, in an amount that is yet to be ascertained;

5.    For costs of suit incurred herein;

6.    For prejudgment interest allowable by law.

7.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Date: October 17, 2024

LAW OFFICES OF LAURENCE P. POSNER
A Professional Corporation

By: _Laurence Posner_

LAURENCE P. POSNER, ESQ.,
Attorneys for Plaintiff
DONA MARIE CABRERA CRUZ

5

COMPLAINT